Cite as 2023 Ark. App. 125

# ARKANSAS COURT OF APPEALS

No. CV–22–515

| | |
|---|---|
| ARKANSAS BLUE CROSS AND BLUE SHIELD | **Opinion Delivered** March 1, 2023 |
| APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, FIFTH DIVISION |
| V. | [NO. 60CV-21-2725] |
| FREEWAY SURGERY CENTER; SCOTT SCHLESINGER, M.D.; FAIR PARK SURGERY CENTER; CENTERVIEW SURGERY CENTER; SOUTH ARKANSAS SURGERY CENTER; ADVANCED AMBULATORY SURGERY CENTER; EXECUTIVE PARK SURGERY CENTER OF FORT SMITH; GASTROENTEROLOGY AND SURGERY CENTER OF ARKANSAS; MOUNTAIN HOME SURGERY CENTER; HARRISON SURGERY CENTER; BOZMAN-HOF EYE CENTER; PHYSICIANS DAY A/K/A MCFARLAND EYE CENTER; SPRING CREEK SURGERY CENTER; TAYLOR PLASTIC SURGERY; SURGERY CENTER OF NORTHEAST TEXAS; ADVANCED INTERVENTIONAL PAIN MANAGEMENT; PRECISION SURGICAL OF NORTHWEST ARKANSAS; EXECUTIVE SURGERY CENTER OF LITTLE ROCK; CENTRAL ARKANSAS SURGERY CENTER A/K/A ARKANSAS SPINE AND PAIN; AND ARKANSAS CENTER FOR SURGICAL EXCELLENCE | HONORABLE WENDELL GRIFFEN, JUDGE |
| | MONETARY SANCTION PURGED |
| APPELLEES | |
| AND | |
| ALAN MCCLAIN, ARKANSAS INSURANCE COMMISSIONER | |
| INTERESTED PARTY | |

**PER CURIAM**

In a recent opinion, this court accepted court reporter Neva Warford's plea that she engaged in contumacious behavior before this court. *See Arkansas Blue Cross & Blue Shield v. Freeway Surgery Center*, 2023 Ark. App. 91. Having accepted her guilty plea, we issued sanctions. One was a $3,000 monetary sanction against Ms. Warford. *Id*. We stated, however, that it would be purged upon the completion of certain conditions. *Id*. Based on the information now filed of record, we hold that Ms. Warford has met the conditions needed to purge the $3,000 sanction that we conditionally imposed on 15 February 2023. Consequently, the monetary sanction is hereby purged, and Ms. Warford has no obligation to pay any sum in this case.

GRUBER, J., not participating.